

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Lauren Francis Northcutt, Appellant

No. 06-19-00056-CR        v.

The State of Texas, Appellee

Appeal from the County Court at Law No. 2 of Hunt County, Texas (Tr. Ct. No. CR1800615). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We note that the appellant, Lauren Francis Northcutt, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 6, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk